# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA GREEN,<br>Plaintiff,<br>v.<br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br>Defendants. | Case No. 1:26-cv-03441-KES-SAB<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

Plaintiff Rebecca Green, who is proceeding *pro se*, initiated this action on May 4, 2026. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Upon review of the application, the magistrate judge issued an order on May 6, 2026, stating that it could not determine from the information provided whether Plaintiff was entitled to proceed in this action without prepayment of fees, and ordered Plaintiff to either submit a long form application to proceed *in forma pauperis* or, in the alternative, pay the filing fee within thirty days. (Doc. 6.) Additionally, because the complaint was not signed by Plaintiff, the magistrate judge struck the complaint with leave to refile a properly verified complaint within thirty days. (*Id.*) On June 10, 2026, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed for failure to pay the filing fee or file the long form application to proceed *in*

*forma pauperis*, failure to file a properly verified complaint, failure to abide by the Court's order, and failure to prosecute. (Doc. 7.) Plaintiff was advised that any objections were due within fourteen (14) days and that the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 10, 2026 (Doc. 7), are **ADOPTED** in full.
2. Plaintiff's complaint is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: July 19, 2026

UNITED STATES DISTRICT JUDGE